■ In the Matter of LINDA DOBSON, Petitioner, v CESAR PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Determination unanimously annulled on the law without costs and petition granted, in accordance with the following Memorandum: Petitioner's proof established that, in order for her to participate in therapy or training, go to her gynecologist, attend community or social affairs, or visit her family, she needed a lightweight customized wheelchair. The record shows that the powered wheelchair she owned could not be used for those purposes and that using a standard manual wheelchair aggravated her medical condition. Her therapist, caseworker and doctor indicated that the use of a standard manual wheelchair caused petitioner to have pressure sores and back pains, aggravated her hiatal hernia, and predisposed her to the dislocation of joints. Petitioner was also required to use a manual wheelchair during the almost monthly repair or maintenance to her powered wheelchair. Because respondent Perales did not offer any contrary proof, the determination that a customized wheelchair was not "medically necessary" to prevent, correct, or cure petitioner's condition (see, Social Services Law § 365-a) was not supported by substantial evidence (cf., Matter of Coffey v D'Elia, 61 NY2d 645). We therefore annul the respondent's determination and grant the petition. (Article 78 Proceeding Transferred by Order of Supreme Court, Erie County, Fudeman, J.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.